[No. 6614–2–III.   Division Three.   December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH PATRICK RYNCARZ, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 83–1–00072–5, W. R. Cole, J., entered July 2, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 6726–2–III.   Division Three.   December 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP M. KERN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 84–1–00081–6, Evan E. Sperline, J., entered August 7, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6582–1–III.   Division Three.   December 5, 1985.]

JAY D. VANDERPOOL, ET AL, *Respondents,* v. GRANGE INSURANCE ASSOCIATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 37048, Fred Van Sickle, J., entered June 11, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.